# EXHIBIT A

1/20/2017 — Trademark Status & Document Retrieval

The Trademark organization is beta testing a next generation examination system. As a result, there may be instances where Office actions have unexpected formatting or spacing issues. The Office is working on improvements to resolve these issues and appreciates your patience. Please contact us at **TMFeedback** if you have comments or issues with the appearance of a particular Office action or its attachments.

**STATUS**   **DOCUMENTS**   **Back to Search**   Print

Generated on: This page was generated by TSDR on 2017-01-20 16:54:24 EST

Mark: FUNGICURE

No Image exists for this case.

US Serial Number: 74507613   Application Filing Date: Mar. 31, 1994

US Registration Number: 1891927   Registration Date: May 02, 1995

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: May 14, 2014

Publication Date: Feb. 07, 1995

## Mark Information

Mark Literal Elements: FUNGICURE

Standard Character Claim: No

Mark Drawing Type: 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | pharmaceutical preparations; namely, anti-fungal treatment preparations |
| **International Class(es):** | 005 - Primary Class |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Feb. 15, 1993 |
| **U.S Class(es):** | 018 |
| **Use in Commerce:** | Apr. 06, 1993 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ALVA-AMCO PHARMACAL COS., INC. |
| **Owner Address:** | 7711 Merrimac Ave.<br>Niles, ILLINOIS UNITED STATES 60714 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | ILLINOIS |

## Attorney/Correspondence Information

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|

1/20/2017  Trademark Status & Document Retrieval

| Date | Event | Number |
|---|---|---|
| May 14, 2014 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 14, 2014 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 77315 |
| May 14, 2014 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 77315 |
| May 02, 2014 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | 77315 |
| May 14, 2014 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| May 02, 2014 | TEAS SECTION 8 & 9 RECEIVED | |
| Apr. 27, 2005 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Apr. 27, 2005 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 27, 2005 | ASSIGNED TO PARALEGAL | 67603 |
| Mar. 23, 2005 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Mar. 23, 2005 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 04, 2000 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jun. 26, 2000 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| May 02, 1995 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 07, 1995 | PUBLISHED FOR OPPOSITION | |
| Jan. 06, 1995 | NOTICE OF PUBLICATION | |
| Aug. 22, 1994 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Aug. 19, 1994 | ASSIGNED TO EXAMINER | 72150 |

## Maintenance Filings or Post Registration Information

**Affidavit of Continued Use:** Section 8 - Accepted

**Affidavit of Incontestability:** Section 15 - Accepted

**Renewal Date:** May 02, 2015

## TM Staff and Location Information

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded